UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'09 SEP -9 P2 :00

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAVELL R. PARISH,

    Defendant.

Case No. 09-CR 09-CR-226
[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about June 30, 2008, in the State and Eastern District of Wisconsin,

**LAVELL R. PARISH,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed two firearms which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are more fully described as a Ruger, model 95, 9mm pistol, bearing serial number 316-56848, and a Hi-Point, model CF380, .380 caliber pistol, bearing serial number P886912.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

FOREPERSON
Date: 9/9/09

MICHELLE L. JACOBS
United States Attorney

Case 2:09-cr-00226-RTR   Filed 09/09/09   Page 1 of 1   Document 1